FULL NAME
Drew P. Lobenstein
COMMITTED NAME (if different)

19114 Cantara Street
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Reseda, California   91335

PRISON NUMBER (if applicable)
N/A

FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2021
CENTRAL DISTRICT OF CALIFORNIA
BY   KMH   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DREW P. LOBENSTEIN                         PLAINTIFF,
                    v.
MONEYGRAM PAYMENT SYSTEMS,
INC., et al.,                              DEFENDANT(S).

CASE NUMBER 2:21-CV-7031-RSWL-SHK
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____None_____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____ N/A _____

   Defendants _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not __Plaintiff have continuously be refused service to plaintiff without a reason and will not provide plaintiff the benefits received from others similarly situated. #2, the defendants are discriminating against plaint because one of the persons plaintiff was refused to transfer money to states with proof that it was because he is openly gay.__

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not __The defendant has continuously responded to plaintiff's communications and complaints with answers that avoid addressing the complaint's contents.__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___Drew P. Lobenstein___
(print plaintiff's name)

who presently resides at __19114 Cantara Street - Reseda, California 91335__
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__MoneyGram Payment Systems, Inc. in RESEDA, CALIFORNIA 91335__
(institution/city where violation occurred)

on (date or dates) __3/23/20__ , __3/31/21__ , _____
  (Claim I)        (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __W. Alexander Holmes, (CEO)__ resides or works at
   (full name of first defendant)
   __2301 Dupont Drive, #300 - Irvine, California  92612__
   (full address of first defendant)
   __CEO of the MoneyGram Payment Systems, Inc.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   This defendant was provided with constructive notices plaintiff was being illegally refused service by its employer and despite same, defendant W. Alexander Holmes negligently and intentionaly ignored the notices and continued its refusals.

2. Defendant __MoneyGram Payment Systems, Inc.__ resides or works at
   (full name of first defendant)
   __2301 Dupont Drive, #300 - Irvine, California  92612__
   (full address of first defendant)
   __Corporation authorizing illegal treatment to plaintiff.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   "This defendant provides the authority allowing its employees to violate plaintiff's Constitutional rights, to EQUAL TREATMENT and not to be DISCRIMINATED against.

3. Defendant __DOES 1 To 5__ resides or works at
   (full name of first defendant)
   __To Be Determined__
   (full address of first defendant)
   __To Be Determined__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   To Be Determined

4. Defendant _____ N/A _____ resides or works at

   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____ N/A _____

5. Defendant _____ N/A _____ resides or works at

   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____ N/A _____

D. **CLAIMS\***

**CLAIM I**

The following civil right has been violated:

CLAIM NO. 1   Eighth Amendment right to be treated the same as others who are similarly situated:

CLAIM NO. 2   Fourteenth Amendment right to be free from discrimination:

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff has been a customer of the defendant for years; until defendant began to discriminate against plasintiff because the plaintiff's nephew is openly gay. Without resort to hyperbole ... the CALIFORNIA UNRUH CIVIL RIGHTS ACT pursuant to California Civil Code #51 mandates the following:  "[A]LL PERSONS WITHIN THE JURISDICTION OF THIS STATE ARE FREE AND EQUAL, AND NO MATTER WHAT THEIR  ...  NATIONAL ORIGIN ... ARE ENTITLED TO THE FULL AND EQUAL ACCOMMODATIONS, ADVANTAGES, FACILITIES, PRIVILEGES, OR SERVICES IN ALL BUSINESS ESTABLISHMENTS OF EVERY KIND WHATSOEVER.

\**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Plaintiff is suing the defendant W. Alexander Holmes (CEO) in his Individual and Official capacities and suing the defendant MoneyGram Payment Systems, Inc., is being sued in its official capacity.

Plaintiff is suing the plaintiff's for a total $750,000.00 and hereby DEMANDING A TRIAL BY JURY;

8/31/21
*(Date)*

*(Signature of Plaintiff)*

# EXHIBIT "A"

EXHIBIT "A"

# MoneyGram

## CANCEL – CUSTOMER RECEIPT\
## CANCELAR – COPIA DEL CLIENTE

MoneyGram Payment Systems, Inc
1550 Utica Avenue South
Suite 100
Minneapolis, MN 55416
1(800)926-9400
www.moneygram.com

VALLARTA SUPERMARKET - #20
1803 E PALMDALE BLVD
PALMDALE
CA 935502037 UNITED STATES
Phone\Teléfono: 6612731120

Date of cancel\Fecha de cancelación: 31 Mar 2021
Time\Hora: 06:42 PM

The following transaction has been CANCELLED.\Se ha cancelado la siguiente transacción.

Reference Number\
Número de referencia: 98474979
Original Date\Fecha original: 31 Mar 2021
Time\Hora: 03:28 PM

Reason for Cancellation\
Motivo de la cancelación:
Agent Technical Issue

Sender Information\
Información del remitente:
WEBSTER SALASKER LUCAS

Recipient Information\
Información del destinatario:
DREW P LOBENSTEIN

| | |
|---|---|
| Transfer Amount\ Monto de la transferencia: | 575.00 USD |
| Transfer Fee\ Cargo por transferencia: | +25.00 USD |
| Transfer Taxes\ Impuestos de la transferencia: | +0.00 USD |
| Total\ Total: | 600.00 USD |

Please collect the money from the Agent.\
Recoja el dinero del agente



Lobenstein
19114 CANTARA ST.
RESEDA, CA. 91335



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 3 0 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

CLERK'S OFFICE
US CENTRAL DISTRICT COURT
255 E. TEMPLE ST. #180
LOS ANGELES, CA. 90012

