JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW P. LOBENSTEIN,<br><br>PLAINTIFF(S)<br>v.<br>MONEYGRAM PAYMENT SYSTEMS, INC., et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:21-CV-07031-JFW (SHK)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____   _____
Date                                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:

Federal Rule of Civil Procedure 12(h)(3) requires that "[w]henever it appears . . . that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." Here, the Court lacks subject matter jurisdiction because Plaintiff has not demonstrated that diversity jurisdiction exists and Plaintiff's sole federal law claim under 42 U.S.C. § 1983 fails because Plaintiff alleges that the constitutional deprivation was caused by private individuals, rather than a person for whom the State is responsible as § 1983 requires. West v. Atkins, 487 U.S. 42, 49 (1988).

September 13, 2021                                              */s/ signature*
Date                                                                         United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
    - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
    - ☒ This case is hereby DISMISSED immediately.
    - ☐ This case is hereby REMANDED to state court.

September 14, 2021                                              *John F. Walter*
Date                                                                         United States District Judge